

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-17-00719-CV

Juan **ENRIQUEZ**,
Appellant

v.

Dwayne **VILLANUEVA**, Karnes County Sheriff, Individually and in his Official Capacity,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-09-00210-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On August 29, 2018, this court issued a memorandum opinion and judgment disposing of this appeal. A motion for rehearing was due on September 13, 2018. *See* TEX. R. APP. P. 49.1.

After the due date, Appellant, representing himself, filed a motion for a fifteen-day extension of time to file a motion for rehearing.

Appellant's motion for extension of time is GRANTED. Appellant's motion for rehearing is due on September 28, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court